**MARR JONES & WANG**

A LIMITED LIABILITY LAW PARTNERSHIP

EILEEN C. ZORC                          9925-0
ANDREA LUX MIYASHITA          10892-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
*ezorc@marrjones.com*
*amiyashita@marrjones.com*

Attorneys for Defendant
HOST INTERNATIONAL, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY K. WILSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>HMS HOST CORPORATION, AUTOGRILL GROUP, INC., JOHN DOES 1-5, JANE DOES 1-5, DOE CORPORATIONS 1-5, DOE PARTNERSHIPS 1-5, DOE NON-PROFIT ORGANIZATIONS 1-5, and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>            Defendants. | CIVIL NO. 20-00261 JAO-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that all claims that have been or could have been brought in this action be and hereby are dismissed with prejudice, each party to bear her/its own costs and attorneys' fees.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.  There are no remaining claims or parties.  Trial had been set for July 19, 2021.

DATED:      Honolulu, Hawaiʻi, May 24, 2021.

/s/ Michael P. Healy
CHARLES H. BROWER
MICHAEL P. HEALY

Attorneys for Plaintiff
MARY K. WILSON

DATED:      Honolulu, Hawaiʻi, May 24, 2021.

/s/ Andrea Lux Miyashita
EILEEN C. ZORC
ANDREA LUX MIYASHITA

Attorneys for Defendant
HOST INTERNATIONAL, INC.

//

//

//

2

APPROVED AS TO FORM:



Jill A. Otake
United States District Judge

---

*Mary K. Wilson v. HMS Host Corporation, et al*; Civil No. 20-00261 JAO-WRP;
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND
ALL PARTIES

3